ACCEPTED
03-14-00501-CV
3764498
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 12:04:42 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00501-CV

# In the Court of Appeals
# for the Third Judicial District
# at Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 12:04:42 PM
JEFFREY D. KYLE
Clerk

THE COUNTY OF LA SALLE,
*Appellant,*

v.

JOE WEBER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF TRANSPORTATION; TED HOUGHTON, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION; ET AL.,
*Appellees.*

On Appeal from the
353rd Judicial District Court of Travis County, Texas

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees move to extend the time to file Appellees' brief pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b).

## I.

Appellees' brief is due on January 21, 2015. Appellees request an additional 30 days to file their brief, extending the time to file to February 20, 2015.

## II.

This extension is not sought for delay and will prejudice no party. No previous extensions have been requested for this filing. Appellees' counsel has just been assigned the case and needs the additional time to become familiar with the issues and record in order to provide the Court with helpful and accurate briefing. This effort has been made more difficult, because on December 19, 2014, the Supreme Court set *Life Partners, Inc. v. State of Texas*, No. 14-0226, for argument on January 15, 2015, and because counsel has a merits-briefing deadline in *Texas Department of State Health Services v. Balquinta*, No. 14-0270, due on January 21, 2015.

## III.

Appellees respectfully request that the Court grant a  30 day extension to file their brief, creating a new deadline of February 20, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT KELLER
Solicitor General


/s/ Kristofer S. Monson
KRISTOFER S. MONSON
Assistant Solicitor General
State Bar No. 24037129


OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
(512) 474-2697 [fax]
*kristofer.monson@texasattorneygeneral.gov*

COUNSEL FOR APPELLEES

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 5, 2015 I contacted counsel for Appellant. Counsel does not oppose this motion.

## CERTIFICATE OF SERVICE

On January 14, 2015, Appellees' motion for extension of time was served via File & ServXpress on:

Don Cruse
Law Office of Don Cruse
1108 Lavaca St. #110-436
Austin, TX 78701
*don.cruse@texasappellate.com*

COUNSEL FOR APPELLANT

 /s/ Kristofer S. Monson
KRISTOFER S. MONSON